# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

WADDIE JACKSON,                  :

   Plaintiff,                       :

vs.                              :      CA 14-0512-CB-C

CAROLYN W. COLVIN,               :
Acting Commissioner of Social Security,
                                   :

   Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 4, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 15th day of May, 2015.

        s/*Charles R. Butler, Jr.*
        **SENIOR UNITED STATES DISTRICT JUDGE**