## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

WADDIE JACKSON,                                    :

    Plaintiff,                                   :

vs.                                                :        CA 14-0512-CB-C

CAROLYN W. COLVIN,                                 :
Acting Commissioner of Social Security,

                                                 :

    Defendant.

### ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 25, 2015 is **ADOPTED** as the opinion of this Court.

**DONE** this 17ᵗʰ day of ___JULY___, 2015.

      *s/Charles R. Butler, Jr.*_____
      **SENIOR UNITED STATES DISTRICT JUDGE**